■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE QUEZADA, Appellant. [42 NYS3d 798]—Judgment, Supreme Court, Bronx County (Richard Lee Price, J.), rendered July 30, 2012, convicting defendant, after a nonjury trial, of attempted assault in the third degree (three counts), harassment in the second degree (three counts) and menacing, and sentencing him to an aggregate term of 120 days, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). As to each of

the incidents at issue, there is no basis for disturbing the trial court's credibility determinations, including its evaluation of alleged inconsistencies and conflicting testimony. Concur— Friedman, J.P., Moskowitz, Webber, Kahn and Gesmer, JJ.